454

572 A.2d 591
IN THE MATTER OF ROBERT A. BRAUN, AN
ATTORNEY AT LAW.

April 2, 1990.

ORDER

This matter having been duly presented to the Court, it is ORDERED that ROBERT A. BRAUN of PHILADELPHIA, PENNSYLVANIA, who was admitted to the Bar of this State in 1984, and who was suspended from the practice of law for a period of three months, retroactive to September 3, 1987, by Order of this Court dated January 23, 1990, be restored to the practice of law, effective immediately.